# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HARVEY, | Case No.: 1:16-cv-1757-JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 27) |
| GLOBAL TECHNICAL SERVICES, LLC, | |
| Defendant. | |

On March 9, 2018, the parties notified the Court that they "have reached a settlement in this matter" and "are in the process of finalizing the settlement in a written agreement." (Doc. 27 at 2) Pursuant to Local Rule 160, the Court **ORDERS**:

1. A stipulated request for dismissal **SHALL** be filed no later than **March 30, 2018**; and
2. All pending dates, conferences and hearings—including the pretrial conference and trial— are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated: **March 12, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE