ALDERLAW, PC
Michael Alder, Esq. (SBN 170381)
Marni B. Folinsky, Esq. (SBN 209880)
Allison L. Stone, Esq. (SBN 274607)
1875 Century Park East, Suite 1500
Los Angeles, CA 90067
Tele: (310) 275-9131
Fax: (310) 275-9132
cmalder@alderlaw.com

CHAIN | COHN | STILES
Neil K. Gehlawat (SBN 289388)
1731 Chester Avenue
Bakersfield, CA 93301
Tele: (661) 323-4000
Fax: (661) 324-1352
ngehlawat@chainlaw.com

*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP
Regina A. Petty (SBN 106163)
Amy L. Lessa, Esq. (SBN 202872)
4747 Executive Drive, Suite 1000
San Diego, California 92121
Tele: (858) 597-9600
Fax: (858) 597-9601
alessa@fisherphillips.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HARVEY, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>GLOBAL TECHNICAL SERVICES LLC, a limited liability company, and DOES 1-50, inclusive,<br><br>               Defendants. | CASE NO. 1:16-CV-01757-JLT<br><br>**~~PROPOSED~~ ORDER ON JOINT STATUS REPORT**<br>**(Doc. 30)** |

-1- Case No. 1:15-CV-01637-JLT

**~~PROPOSED~~ ORDER**

The parties report that they need additional time to finalize certain details of the settlement. Therefore, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than April 30, 2018.**

IT IS SO ORDERED.

    Dated: **March 29, 2018**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE